1  MICHAEL L. TRACY, ESQ. (SBN 237779)
   MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
2  mhutchins@michaeltracylaw.com
   LAW OFFICES OF MICHAEL L TRACY
3  2030 Main Street. Suite 1300 .
   Irvine, CA 92614
4  T: (949) 260.9171
   F: (866) 365·3051
5
   Attorneys for Plaintiff
6  MANUEL MURILLO

7

8  ROBERT G. HULTENG, Bar No. 071293
   JOSHUA D. KIENITZ, Bar No. 244903
9  LITTLER MENDELSON
   A Professional Corporation
10 650 California Street
   20th Floor
11 San Francisco, CA  94108.2693
   Telephone:    415.433.1940
12
   Attorneys for Defendants
13 PACIFIC GAS AND ELECTRIC COMPANY

14

15
                    UNITED STATES DISTRICT COURT
16
                EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO
17

| | |
|---|---|
| MANUEL MURILLO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:08-cv-01974-WBS-GGH<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT – [~~PROPOSED~~] ORDER** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO FILE FIRST AMENDED COMPLAINT – [PROPOSED] ORDER    1.    Case No. 2:08-cv-01974-WBS-GGH

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
2  counsel, that this court may allow Plaintiff to file the First Amended Complaint, a copy of which
3  is attached hereto.

4  Dated: November 26, 2008

/s/  Michael L. Tracy
MICHAEL L. TRACY, Attorney for
for Plaintiff MANUEL MURILLO

Dated: November 26, 2008

/s/  Joshua D. Kienitz
JOSHUA D. KIENITZ
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY

**ORDER**

**IT IS SO ORDERED.**

Date:  December 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER RE PG&E'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE

2.

Case No. 2:08-cv-01974-WBS-GGH