1  MICHAEL L. TRACY, ESQ. (SBN 237779)
   MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
2  mhutchins@michaeltracylaw.com
   LAW OFFICES OF MICHAEL L. TRACY
3  2030 Main Street, Suite 1300
   Irvine, CA  92614
4  T: (949) 260-9171
   F: (866) 365-3051
5
   Attorneys for Plaintiff
6  MANUEL MURILLO

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

10

11 | MANUEL MURILLO, an individual, on behalf of himself and all others similarly situated, | ) Case No. 2:08-CV01974-WBS-GGH |
   | --- | --- |
12 |  | ) **[PROPOSED ORDER]** |
   |  | ) **STIPULATION TO FILE SECOND** |
13 | Plaintiffs, | ) **AMENDED COMPLAINT** |
14 | vs. | ) |
15 | PACIFIC GAS & ELECTRIC COMPANY, a California corporation; and DOES 1 through 10, inclusive, | ) |
17 | Defendants. | ) |

18

19 ///

20 ///

21 ///

---

[PROPOSED ORDER] STIPULATION TO FILE SECOND AMENDED COMPLAINT

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their
2 respective counsel, that this court may allow Plaintiff to file the Second Amended
3 Complaint, a copy of which is attached hereto.

5 DATED:  July 21, 2009         LAW OFFICES OF MICHAEL L. TRACY

7         By:     _____/s/_____
                  MEGAN ROSS HUTCHINS, Attorney for
8                 Plaintiff MANUEL MURILLO

11 DATED:  July 21, 2009         LITTLER MENDELSON

13        By:     _____/S/_____
                  ROBERT G. HULTENG, Attorney for
14                Defendant

16               **ORDER**

   IT IS SO ORDERED.

Date:   July 22, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---
-2-
[PROPOSED ORDER] STIPULATION TO FILE SECOND AMENDED COMPLAINT