ROBERT G. HULTENG, Bar No. 071293
JOSHUA D. KIENITZ, Bar No. 244903
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| MANUEL MURILLO, an individual, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:08-cv-01974-WBS-GGH<br><br>**ORDER GRANTING DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY CERTIFICATION OF A CONDITIONAL SETTLEMENT CLASS**<br><br>Date:          March 1, 2010<br>Time:         2:00 p.m.<br>Courtroom: 5<br>Judge:        Hon. William B. Shubb<br><br>Complaint Filed:  August 22, 2008 |

IT IS HEREBY ORDERED that Defendant's counsel may appear telephonically for the hearing on Plaintiff's Motion for Preliminary Certification of a Conditional Settlement Class on March 1, 2010.

Date: February 2, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:93818110.1 048517.1019

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER PG&E'S REQUEST TO APPEAR TELEPHONICALLY AT 3/1/10 HEARING ON MOTION    1.    Case No. 2:08-cv-01974-WBS-GGH