MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
MANUEL MURILLO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| MANUEL MURILLO, an individual, on behalf of himself and all other similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:08-CV01974-WBS-GGH<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING; AND [PROPOSED] ORDER TAKING MOTION UNDER SUBMISSION** |

Plaintiff's counsel hereby requests to appear telephonically at the hearing on Plaintiff's Motion for Preliminary Certification of a Conditional Settlement Class scheduled in this matter for March 1, 2010.

///

///

///

///

///

///

///

---

REQUEST TO APPEAR TELEPHONICALLY

Counsel for Plaintiff is located in Southern California and the cost to fly up to Northern California for this appearance would cause an undue hardship on Plaintiff.

DATED: February 11, 2010          LAW OFFICES OF MICHAEL L. TRACY

By: _____/S/_____
MEGAN ROSS HUTCHINS, Attorney for
Plaintiff MANUEL MURILLO

**ORDER**

There being no opposition to plaintiff's Motion for Preliminary Certification of a Conditional Settlement Class, the **motion will be taken under submission without oral argument.**

DATED: February 11, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE