1  ROBERT G. HULTENG, Bar No. 071293
   JOSHUA D. KIENITZ, Bar No. 244903
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:     415.433.1940
5
   Attorneys for Defendants
6  PACIFIC GAS AND ELECTRIC COMPANY

7

8                       UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

10 | MANUEL MURILLO, an individual, on behalf of himself and all other similarly situated, | Case No.  2:08-cv-01974-WBS-GGH |
|---|---|
| Plaintiffs, | **ORDER GRANTING DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT FINAL FAIRNESS HEARING** |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, a California corporation; and DOES 1 through 10, inclusive, | Date:       July 19, 2010<br>Time:       2:00 p.m.<br>Courtroom: 5<br>Judge:       Hon. William B. Shubb |
| Defendants. | Complaint Filed:  August 22, 2008 |

        IT IS HEREBY ORDERED that Defendant's counsel may appear telephonically at the Final Fairness Hearing on July 19, 2010.  The courtroom deputy shall initiate the telephone conference call.

DATED: July 14, 2010

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

FIRMWIDE:96248378.1 048517.1019

---

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER PG&E'S REQUEST TO APPEAR
TELEPHONICALLY AT 7/19/10 HEARING        1.         Case No. 2:08-cv-01974-WBS-GGH